UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commisioner of Social Security,<br><br>    Defendant. | Civil No.: 1:19-cv-00297-LEW |

## ORDER ON PETITION FOR ATTORNEY'S FEES

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is **ORDERED** that Francis Jackson, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $25,000.00 (or 25% of Plaintiff's past-due benefits, whichever is less).  Plaintiff's counsel will reimburse Plaintiff any fees previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

**SO ORDERED.**

Dated this 1st day of December, 2023.

 /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE